**GEARINGER LAW GROUP**
825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7847
Tel. (415) 440-3102

BRIAN GEARINGER (State Bar #146125)
COLLEEN KELLEY (State Bar #238294)

John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA  94111
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff MICHAEL TOSCHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER VU WILLIAMS (#19084), an individual; CALIFORNIA HIGHWAY PATROL OFFICER B. BOROJA (#20108), an individual; CALIFORNIA HIGHWAY PATROL SERGEANT S. RAMOS (#15267), an individual; COUNTY OF SAN MATEO, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY J. DIONIDA (#905), an individual; SAN MATEO COUNTY SHERIFF'S DEPUTY J. GURKOVIC (#632), an individual; and DOES ONE to FIFTY, inclusive.<br><br>         Defendants. | Case No. CV 13-2781 PJH<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT** AND ORDER AS MODIFIED<br><br>Date Action Filed:   June 17, 2013<br>Trial Date:          Not set. |

# FURTHER CASE MANAGEMENT CONFERENCE STATEMENT

Counsel for the parties jointly respectfully submit the following case status update and respectfully request that the Court continue the upcoming Case Management Conference, currently scheduled for July 10, 2014, until October 23, 2014 or the next available court date, as follows:

## I. CASE STATUS UPDATE

This case was filed on June 17, 2013 by Plaintiff Michael Toschi. Defendants California Highway Patrol ("CHP") Officers Vu Williams and B. Boroja and CHP Sergeant S. Ramos (collectively, "CHP Defendants") answered the complaint on September 9, 2013. Defendants County of San Mateo, Sheriff's Deputy J. Dionida, and San Mateo County Sheriff's Deputy J. Gurkovic (collectively, "County Defendants") also answered on September 9, 2013.

The Initial Case Management Conference ("CMC") was scheduled for November 21, 2013. In connection with the Initial CMC, counsel for the parties filed a Joint CMC Statement with the Court on November 11, 2013. Docket No. 19. On November 21, 2013, the court held the Initial CMC with counsel for all parties present. In the Civil Minutes of the proceedings, the Court wrote, "The court grants the parties joint request to continue the case management conference until February to see if the trial in the state court proceeding resolves before setting a schedule."

Last month, counsel for the parties were advised that the criminal trial against Plaintiff, previously scheduled for June 9, 2014, had been continued to September 15, 2014, due to a request by the Deputy District Attorney assigned to the criminal matter..

Since the Initial CMC, counsel for the parties have proceeded diligently with the case. The parties have exchanged Initial Disclosures and entered into a stipulated protective order. Counsel will continue with damages discovery and will attempt to negotiate whether any of the legal issues raised in this case can be resolved by stipulation or whether a motion or motions will be needed.

Further, counsel for all parties agree that allowing the criminal trial to proceed to a conclusion will promote efficiency and judicial economy in this civil matter. Specifically, until

the criminal trial is completed, certain discovery regarding Plaintiff likely will impinge upon his rights under the Fifth Amendment. Once the criminal trial is concluded there likely will be no remaining conflict regarding Plaintiff's Fifth Amendment rights.

## II.   STIPULATION AND REQUEST TO CONTINUE CMC

Based on the facts set forth above, counsel for the parties stipulate to and respectfully request that the Court continue the Further CMC in this case from Thursday, July 10, 2014 to Thursday, October 23, 2014, or to the next available CMC date after October 23, 2014, to allow the criminal case to proceed against Plaintiff. All counsel further stipulate that they will file a Joint Further CMC Statement with an updated case status with the Court no later than Thursday, October 16, 2014.

Dated: July 1, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

/s/ Amy W. Lo_____

AMY W. LO
Deputy Attorney General
*Attorneys for Defendants CHP Officer Vu Williams, CHP Officer B. Boroja, CHP Sgt. S. Ramos*

Dated: July 1, 2014

Respectfully submitted,

GEARINGER LAW GROUP

/s/ Brian Gearinger_____

BRIAN GEARINGER, ESQ.
*Attorneys for Plaintiff Michael Toschi*

1 | Dated:  July 1, 2014

Respectfully submitted,
JOHN C. BEIERS
SAN MATEO COUNTY COUNSEL


/s/ David A. Levy_____

DAVID A. LEVY
Deputy County Counsel
*Attorneys for Defendants County of San Mateo, Deputy Jay Dionida, Deputy Jesse Gurkovic*

**~~PROPOSED~~ ORDER**

Good cause appearing, the Further Case Management Conference currently set for Thursday, July 10, 2014 is continued to Thursday, October 30 ~~23~~, 2014. The parties are ordered to file a Further Case Management Conference with the Court no later than Thursday, October 23 ~~16~~, 2014.

Dated: July 3 , 2014



_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED