KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
AMY W. LO
Deputy Attorney General
State Bar No. 194308
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5524
 Fax:  (415) 703-1234
 E-mail:  Amy.Lo@doj.ca.gov
*Attorneys for Defendants CHP Officer Vu Williams,
CHP Officer B. Boroja, CHP Sgt. S. Ramos*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL TOSCHI,<br><br>    Plaintiff,<br><br>    v.<br><br>CHP OFFICER VU WILLIAMS (#19084), CHP OFFICER B. BOROJA (#10108); CHP SERGEANT S. RAMOS (#15267); COUNTY OF SAN MATEO, SAN MATEO COUNTY SHERIFF'S DEPUTY J. DIONIDA (#905), SAN MATEO COUNTY SHERIFF'S DEPUTY J. GURKOVIC (#632), and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. CV 13-02781 PJH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] JUDGMENT** |

## **STIPULATION OF DISMISSAL**

The parties, by and through their counsel of record, stipulate that pursuant to the Settlement entered into the record on March 18, 2015 before Chief Magistrate Judge Joseph Spero, this action be dismissed with prejudice against all defendants, with each party to bear its

1

own attorney's fees, costs, fees, and expenses.

    SO STIPULATED.

| | |
|---|---|
| Dated:  March 20, 2015 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>JOHN P. DEVINE<br>Supervising Deputy Attorney General |
| | */s/  Amy W. Lo* |
| | AMY W. LO, Deputy Attorney General<br>*Attorneys for Defendants CHP Officer Vu Williams, CHP Officer B. Boroja, CHP Sgt. S. Ramos* |
| Dated:  March 20, 2015 | Respectfully submitted, |
| | GEARINGER LAW GROUP |
| | */s/ Brian Gearinger* |
| | BRIAN GEARINGER, ESQ. |
| | SCOTT LAW FIRM |
| | */s/ JOHN HOUSTON SCOTT, ESQ.*<br>*Attorneys for Plaintiff Michael Toschi* |
| Dated:  March 20, 2015 | Respectfully submitted, |
| | JOHN C. BEIERS<br>SAN MATEO COUNTY COUNSEL |
| | */s/ David A. Levy* |
| | DAVID A. LEVY, Deputy County Counsel<br>*Attorneys for Defendants County of San Mateo, Deputy Jay Dionida, Deputy Jesse Gurkovic* |

///

///

2

Stip. Of Dismissal & [Proposed] Judgment. (CV 13-02781 PJH)

///

///

## ~~PROPOSED~~ JUDGMENT OF DISMISSAL

Pursuant to the Stipulation of the Parties for Dismissal, IT IS ORDERED AND ADJUDGED that this action is dismissed against all defendants with prejudice, the plaintiff take nothing against any of the defendants, and that each party shall bear his/her/its own attorney's fees, costs, fees, and expenses.

DATED: March  23 , 2015

_____
Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*

3

Stip. Of Dismissal & [Proposed] Judgment. (CV 13-02781 PJH)